# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br>Vernisha Lucille Mobley,<br><br>*Debtor(s).* | Case No: 18-31049<br>Chapter: 13 |

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT

**COMES NOW** Anthony B. Bush, Counsel for Debtor, Vernisha Lucille Mobley, in adversary proceeding 18-03086 ("Adversary Proceeding"), and respectfully moves this Honorable Court to approve the compromise and settlement of Debtor's claims against Creditor, Providian Real Estate Management, LLC, dba Chase Park Apartments ("Creditor"). In support of said motion, Debtor states as follows:

1. On 04/13/2018, Debtor filed a *Voluntary Petition* under Chapter 13, Title 11, of the United States Code, more specifically identified by case number 18-31049 ("Bankruptcy Case").

2. On 10/22/2018, Debtor initiated the Adversary Proceeding against Creditor alleging violations of one or more of the provisions of 11 U.S.C. § 362(a) and/or of 15 U.S.C. § 1692, *et seq.*

3. Creditor has denied any liability regarding the claims asserted in the Adversary Proceeding. However, to avoid the costs and uncertainty of further litigation, Debtor and Creditor (hereinafter, "the Parties") have negotiated in good faith and reached an agreement and compromise of Debtor's claims against Creditor.

4. The terms of the Parties' agreement have been or will be memorialized in a written document. Without limiting such terms, the Parties' agreement includes payment to

1

Debtor in the amount of $4,250.00, plus release of prepetition arrears of $1,295.00 and release of all post-petition arrears through the date of settlement, in exchange for a dismissal, *with prejudice*, of all Debtor's claims against Creditor.

5. Accordingly, Debtor respectfully seeks this Honorable Court's approval of the compromise and settlement which constitutes, *inter alia*, a full and final compromise and settlement of Debtor's claims against Creditor.

6. Debtor proposes to disburse the settlement proceeds of $4,250.00 as follows:

   a. Chapter 13 Trustee: $ 0.00 [1];

   b. Attorney's Fees & Expenses: $ 2,772.50 [2]; and

   c. Debtor: $ 1,477.50 [3].

7. The undersigned counsel understands that he must make application to this Honorable Court for the approval of attorney fees and expenses incurred in prosecuting the Adversary Proceeding.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court enter an *Order* granting this *Motion to Approve Compromise and Settlement*.

**RESPECTFULLY SUBMITTED** on March 14, 2019.

/s/ Anthony B. Bush
Anthony Brian Bush

**OF COUNSEL TO BROCK & STOUT, LLC:**

---

[1] This figure represents the non-exempt amount of the settlement proceeds.

[2] This figure is contingent upon an *Order* granting the *Application for Attorney Fees and Expenses* that has been or will be filed. Further, as used herein, attorney fees represent the fees as stated within the *Application for Employment of Professional Person for a Specific Purpose* filed and approved by *Order* of this Court.

[3] This figure represents the exempt amount of the settlement proceeds.

Anthony B. Bush
Counsel for Debtor / Plaintiff
Parliament Place Professional Center
3198 Parliament Circle 302
Phone: (334) 263-7733
Facsimile: (334) 832-4390
Email: anthonybbush@yahoo.com
abush@bushlegalfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this the 14th day of March 2019, I served a true and correct copy of the foregoing document as follows:
By CM/ECF:
    Bankruptcy Counsel;
    Sabrina L. McKinney, Chapter 13 Standing Trustee;
    Teresa R. Jacobs, Bankruptcy Administrator; and
    All Other Parties of Record.
By fax or email: N/A
By first class mail, postage prepaid and properly addressed: N/A

                                            /s/ Anthony B. Bush
                                            Of Counsel